UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2025 MAY 12 PM 3:48

PETER HEINZ KAMILLO ROIBK

Write the full name of each plaintiff.

25 CV 3988

____CV____
(Include case number if one has been assigned)

-against-

CIA, FBI AND UNKOWN
(SEE ATTACHMENT
DEFENDANT 1
THE SPECIFIC ROLE OF EACH INDIVIDUAL IS TO DETERMINE

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

# I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

RIGHTS ON HEALTH, LIFE AND PROPERTY ARE OR WERE ACTIVE PARTY ALSO SEE ATTACHMENT DEFENDANT A ~~IF OTHER SERVICES, AGENCIES OR BUREAUS~~ OTHER THAN THE NAMED IS OUT OF MY ~~HELD~~ KNOWLEDGE, BUT POSSIBLE.

## B. If you checked Diversity of Citizenship

### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
              (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

PETER HEINZ KAMILLO ROIGK
First Name    Middle Initial    Last Name

127 W 25TH ST
Street Address

NEW YORK (MANHATTAN)    NY    10001
County, City                State    Zip Code

6465591970    FOLEYMUSICSOUNDANDVISION@GMAIL.COM
Telephone Number    Email Address (if available)

B. **Defendant Information**   SEE ATTACHMENT DEFENDANT 1

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _____
First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

Defendant 2: _____
First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

Defendant 3: _____
First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

Defendant 4:

_____
First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

SEE "DEFENDANT 1" ATTACHMENT

MORE LOCATIONS ALSO INVOLVED:
SWITZERLAND (BALE)
BERLIN, STRASBOURG (FRANCE)
NETHERLANDS, DENMARK
IN REGARDS OF OSCO A ROUGH DESCRIPTION. IT WAS OBVIOUS, ALSO THE "ROMANIAN GYPSIES" WHERE UNDER THEIR CONTROL AND ALSO COORDINATED ACTIVITIES AT OTHER LOCATIONS IN OSLO (SOMETIMES SIMILAR TO MY "JAMAICA HOSPOTA" COMPLAINT, TOO

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

LONGER LASTING PNEUMONIA (PUS) STRENGHENING AND FORCING ALREADY EXISTING INJURIES, COORDINATED WITH OTHER PLACES (EMERGENCY TOO) EXTREME FORM OF LIFE DANGER, WITH SOMETIMES DAILY, THE NEED TO ASK AN EMERGENCY FOR HELP. MORE FOLLOWING

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

65 000 000 $ AS REASONABLE AMOUNT TO CONSIDER, COMPARING OTHER DECISIONS.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

05.12.2025
Dated

Plaintiff's Signature

PETER MEINE KAMICCO ROIGK
First Name    Middle Initial    Last Name

127 W 25TH ST
Street Address

NEW YORK (MANHATTAN)    NY    10001
County, City    State    Zip Code

6465591970    TEXEYMUSICSOUNDANDVISION
Telephone Number    Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

ATTACHMENT DEFENDANT 1
( CIA , FBI AND UNKNOWN )

Peter Heinz Kamillo Roigk                                                                                                                   New York 05.12.2025

**Introduction**                                                                                                                                                   Page 1

Since I have , still , German Citizenship , like my Ancestors too , in particular Parents and Grandparents , even other Countries play a large Role too , it must be seen as , mostly , Germany related , to Norway too , but that is here **not the Subject of this complaint** .

DEFENDANTS

**In Particular the Actions of USA Government directed or Independent acting Agencies , here named the CIA , the NSA as possible Witness at least too , the FBI** , that I contacted , from within Berlin ( Online Form and Phone Call , to my knowledge already 2020 the first time , later too) , several Times , in Germany but other Countries too , in coordination with Authorities or Services there **are here the Subject.**

Similar is to say about relations to , Member of the Democratic Party , or as Independent , meanwhile or before seen.

Since , with Mr. Joseph Biden as POTUS and , as Vice President Kamala Harris , were the most popular and important Politicians and represented the Government and the foreign Politics and they or in their Name or Order acting individuals or Groups play a Role , even when with a Pardon later immunized ( to use that term here ) the Question is also important , if that excludes the Need or Duty to testify as possible Witness . Since several Actions , not only , but also in Norway , France , Italy , already earlier in Germany , Berlin , caused , not only , lasting injuries , loss of Important Documents or Data , had the intention to Murder me in a most possible Humiliating and , legal seeming ( also the Intention to exclude any possible unbiased Witnesses was obvious ) way , even hijack my identity or main parts of my Identity , also in very close cooperation with , not only , but mostly ( to my knowledge ) German Authorities or secret services ( here the BND named too ) but also from other Countries ( Denmark , Switzerland , Norway , France , GB , Common Wealth , China , as whole to consider too ) , where the question is too , who is the main , most powerful Party as also who represents , in real , whose interests .

Also , which Interests forced the strong use of Groups in relation to : International criminal networks , international spy networks ( related also since June 2019 latest , if not earlier , to **Ukraine and Russia also Muslim or even Muslim extremists,** against me as also , had the possibility and motivation to use these relations . Here are other earlier relations important , subject of the Complaint against Germany later , but also in relation to , in particular : Cornelia Hanschmann , former Cornelia Roigk ( Birthname unknown ) and also Christian Roigk ( later living in Frankfurt/Main , Germany , if , at least claimed by him , Son of a Woman Reich , married earlier with my Father , as also my Father ) . Both , later excluded from possible Heir , from his Side , regardless of other , to show , circumstances . Both with relations to the USA in the past , **Cornelia Hanschmann** , at this Time as **Cornelia Roigk** ( most possible ) , as Au-Pair at a family **Hummel** , USA ( late 1970ies to my knowledge), for a shorter Period . She is also later , to see in relation to the **BND** ( German secret Service Bundesnachrichtendienst ) but also a Strategy of unfounded accusations and defamation , against my father earlier , but also against me , but also to see in strong relation to several Deaths) to see.

About further relations or her biography is to show , later , more , in particular , to Turkey , Turkish Migrants in Germany or from the Kurdish Part of turkey , also knowledge of the Turkish language .

Regarding Christian Roigk , I have less Information , I was reading that a sister , daughter of Misses Reich , died in early years , if he was "born as Roigk" ( that means while the marriage Roigk/Reich ) or later is out of my knowledge but in doubt too , also if he is , in genetically definitions , Son of my father , what is , to show in later Statements , an important point too (Last Will of Selma Roigk) , was employee of American Airlines , spent Times in Dubai ( the Time may play a Role , if few Months or Years ) , had an affair with a Renate Scholz ( Mother of Individuals claiming to be Children* of my father , most possible unfounded too , regardless of further Documents ( see , later , Last will of Selma Roigk , too ) , most possible too. At least one phone Call I had with him , he acted as a Stefan Scholz* ( I identified his voice , using another Voice characteristic (mostly noticeable , Audio technologies) ) most possible not ongoing , also at a later phone call he confirmed this , the last one he denied it for sudden. That means also that phone Call (acting as Stefan Scholz)was obviously redirected, since I dialed the Number of Stefan Scholz ( other Possibilities are existing , but unlikely ).

This "Affair" with Renate Scholz, most reasonable but not necessarily alone was the reason to exclude also Christian Roigk , from any possible Heir , by my father ( the validity and effectiveness of this Document is in doubts too ).

At this Time , my father was also **General representative** of Selma Roigk , his Mother , till to her Death ( subject of attempts , from my Side , to speak with his Mother , 1993 , due to his , meanwhile , obvious disability to fulfill this function anymore .

The question is , if already earlier , Secret services , like the CIA , or private Interests from Individuals or Groups ( in my regards played also member , if not the whole , of the Democratic Party a Role ) from outside Germany , used these Individuals too , or these , representing Interests of illegal and criminal acting Parties in or from Germany were used . Also the biography of a Bernd Nogli , born as Schulze , maybe a Dr. Albrecht Grimmer too ( even his Statements , in Politics seemed even more favoring hard-left ( PDS , German Party as example , later "Die Linke" , former SED and SEW and DKP, but also Bernard (Bernie) Sanders ) as also antisemitic arguing groups ( BDS as example ) ) were in action , against my Family and Relatives, me in particular most , here also , not only , the 9th of July meaning , earlier events too . The Background , historically seen , leads back to the NAZI Government but also earlier in Germany.

Also was , since a specific Time , after June 2019 , the Threatening and dangerous close presence of International Authorities ( Interpol , Europol ) and , obvious **Member of Networks or Organizations of international Crime and or Spy networks more obvious,** but in a much more life threatening approach . ( Important there , also a Writing , in German , with a List of Events before 1995 , about Attempts to murder me , at least cause dangerous car accidents , also naming one "suicide" in that relation , most possible a murder too , sent direction Germany , Regensburg about Compensation after 30 years for a crime against me , causing lower income ). **The Main reason I contacted the FBI too.**

Later also further Statements depending: Sweden , China ( most possible ) , France , Ukraine or Russia ( depends ) at least possible too , depending ) but after June 2019 , immediately in an extreme way escalating .

The intention of the German Authorities, Justice too , to provide no security for me , no protection of property or to make any investigations , was already obvious. Due to their Nationality , also further relations , is also a Relation from a Lucrecia Lopez ( Citizenship of Mexico , also accent free American English ) as also a Stephen O'Connor ( Canadian Citizenship ) to foreign Services possible , CIA , but also representing German Interests is possible or both . The use of Drugs like Cocaine was there (Kiefholzstr. Meant mostly) , not for everyone , but a lot of the Individuals there obvious too , Amphetamines may have a similar Effect . Same for , or later , Member of the Company "Sonnenstudio Motion picture services" ( mostly Audio Post ) , Berlin , Neukölln , Sonnenallee ( Stefan Soltau , Björn Wiese , Tobias Fleig , Matz Müller to name few ) but also the BvFt and more . That Siemens was present , and near , also important.

Also , **two couples , one later in relation to Lucrecia Lopez** , as Guests there ( Front Building , Fourth Floor ( Roof ) ) few weeks living and , due to their Statements , also visiting "Sonnenstudio" Company ( Names varied in Times " Audio for Motion Pictures" was too in use ) must be seen as investigating or active member of in secret acting authorities or services , already much earlier then March 2022 , after 2019.

**A Woman and a Man** , she maybe mid Thirties or a bit less , blond longer hairs , thin , southern US Accent . He , maybe 180 cm height , dark curly Hairs , maybe 30 or a bit more . His statement was , that he , also Studied in Great Britain .

They acted , in an obvious inplausibel way , as a Catering service ( Filming Sets ) too .

A much telling , but in the context of obvious Hijacking my Identity or Biography , destroy Proofs of my Identity and Works and Property

**IMPORTANT** detail . It seemed obvious , for them , to have no Role as , possible EYEWITNESS for them ( what was in regards of other Statements or Actions , in German , similar , at least for few ) in IMPORTANT Details , here , in Particular my Recording Room .

We had few short talks , also about the "Sonnenstudio" Company , my own works in Audio-Post , as Foley Artist and much more and I wanted to show them , just to have an impression about my works and investments and equipment , my recording Room .

As also I knew the Company , Sonnenstudio , and their member already since decades ( in parts ) and had few projects , together with them , as Foley Artist, in the Past , already . ("Vergiss Amerika" , "Wolfskinder" , Sofiiiiie (also Supervising Sound Editor ) , and had to Face , a very intrigant not with "concurrence under colleagues" to mismatch )

The Sentence **"I believe you , I don't have to see it"** as reply , while we were standing at the door (recording Room) , was obvious to interpret in exact this way , expecting a Question or Answer about , possible , **precise knowledge as Eyewitness** , but also the obvious Tendencies to hijack or destroy everything , including Proofs . Regarding a Masud Rejai , is a similar question to answer . SEE PAGE 7

**Another Couple , I associated with MI5 or MI6** ( Great Britain) arriving at the Court Yard , 7 Kiefholzstraße , 12435 Berlin ) while I was there . A Man and a Woman , both lighter till blond hairs . They asked for a "PlayStation" ( Sony PlayStation meant ). Due to their appearance is also Australia or Canada possible.

DUE TO PERMANTENT, daily ATTACKS , INBREAKS , Threats , Robbery , also use of WEAPONS against me causing Harm and Injuries , also in addition Situation of practiced Contact Ban ( also redirected phonelines , manipulated , censored , Internet Access ) and shielding too ( the larger Area depending there ) and many Assaults , loss of Documents , Data storage and Data , Data exchange too ,Notes and more , it is often impossible to name a precise Date and Time . Few important Dates and Events , also possible further knowledge about electronic Communication ( emails , mobile ) , can give a better orientation . Regarding , not only Paper Documents , also Data , date of Files too ( date of origin as also last change ) , was also "data exchange" ongoing.

At this Time it was already obvious that a Neighbor , Simson Younes ,

*(Karoline Schulz/ Younes ( Simson/Samson, and Nora ) also Achmad Younes sometimes ( from Egypt)) , here ( later preferred by them )Simson Younes ),*

received regularly Sony PlayStations by Mail , nearly weekly even , and sold them obviously short after. I interpreted this as form of Payment (receive for free (maybe new ) , sell as used ). He , (Simson Younes) confirmed later , that there was the Intention by the "neighbors" to murder me , but said , he knows not the reason , also he confirmed , he was also in Munich ( see PRO7SAT1 , Siemens , BND , also ZDF too , and more, Complaint Germany etc. ). A similar statement , very obvious meaning me , made a Daughter of Aleksandra Abt , Anne Abt ( "now they want to kill him" (in German). Also in regards of Aleksandra Abt , the Question , for whom she worked or too , when located outside Germany ( the payer meant , her own journeys matched too with few relations other individuals had too : Sweden , Portugal , Sicily , Croatia ). Her Intentions to cause most possible harm for me , to murder me , but also , like one picture showed , her involvement in the Death of my Mother ( here plays also Cornelia Hanschmann a large Role ) as also to force or support Child abuse too , was obvious . About a consumption of drugs , it may possible been too , but not that obvious. If providing a Statement , mostly "by Accident" , later denied . About the Role , importance of my own works , I wrote already.(25 CV 3428 see Attachment DK )

Regarding other events , in Saarbrücken , Germany ( 2023 , spring ) , it seemed also possible, even obvious,  also FBI Member were there .

Later Statements of the Police in Germany , Brandenburg , ( begin of 2024 ) mentioned , that the FBI is not anymore "there" , meaning , maybe Germany or just Brandenburg and Berlin ( see also BvFt Complaint Germany , Court Potsdam etc. too ).

Short before I had , due reasonable fear for my life , also escalation of the Ukraine war and Activities against me ( no internet or telecommunication anymore possible , already events with heaviest toxic agents , were the authorities refused to take any notice or action, ( the strong relations already much earlier for me present ( Since June 2019 ) , same for relations of named Parties , Governments , Services as also Individuals ( Member of Parties too ( like SPD , AfD , die Linke , die Grünen , also with(Short) Movie projects , like "Die Rasur" ) to Russia but also Ukraine ( other names to associate with Turky or also Syria , also former east- German Secret Service member too ) leave Germany again , (begin of April 2022, direction Switzerland (25 CV 3428  see Attachment Swiss )) one Individual , I spoke with , few days before I left Germany , showed a way to communicate , naming a Nationality as from Poland , Hungary or other countries , while the Language , Dialect and also appearance seemed US American , like it was in other Countries , later (Switzerland , Denmark , most obvious ) too.

Page 3

Here just two few , short described periods , or events named where it was obvious or even confirmed by them ( Nationality) I have to do with member of Agencies or Bureaus or other Services of the USA and the Intention was obvious , not only to harm , humiliate me , also to get or destroy proofs , destroy or damage anything that would affect directly my health , also caused , in their intention too , circumstances , with obvious cooperation of also German services or authorities , most possible other nations services too , while I was , due to a renewed attempt for Asylum in Norway , there , October and November 2023 , that should lead to my death . To murder me .

Norway , Oslo , near Subway Station Majorstuen .

The Tactics in use , similar like later too , **to make it impossible for me to sleep , cause extreme unhealthy circumstances with infected individuals , causing pneumonia too** ( "pus" was a Café there too) to have a larger group of (there nearly only Gypsies from Romania , one or two , obvious infected or heaviest affected by Infections Asians (Chinese seeming) , one individual I estimated relations to a Director for Theater in Berlin (from Poland) , reasonable (he went away soon , after I named the Name Janusz Cichocki ( to note important too , also this Name was known from the Austrian Police in Vienna , as I made a phone call at the (Police Station Kopernikus str. too) Police there ( Austria , Vienna ) as also the Name , obviously **Causa Volker Türk** , UNHCR , too , see also 25 CV 3428 Attachment DK ) ( see later "Olovnikov" too )) , **damage my Suitcases , the Wheels , handles , with knowledge of the already existing injuries and also knowledge that I have to keep them with me** and have to solve long walks. Even after placing them , while the night , later , upstairs , it was obvious , someone opened them , too . The Role of local authorities is to estimate too, but few , as Administration Staff there acting. One at least directly , confirmed a US Citizenship , had also , very obvious , knowledge about specific Events in Berlin ("Colleagues" of them maybe) I mentioned.

The orange DOT , see screenshot , shows the entrance of the "Night Shelter" . It was also obvious , unwanted witnesses to threat or remove. Oslo , Norway , close to Subway Majorstuen.



① OBVIOUSLY HIGHSCHOOL FOR POLICE , FOR MUSIC NEARBY TOO

ALSO THERE MORE TO NOTE (GERMANY RELATED TOO)

ENTRANCE OF THE "NIGHT SHELTER" LOW THEN GROUNDFLOOR. THE SLEEPIN AREA.

SUBWAY STATION MAJORSTUEN , OSLO , NORWAY

As further Attachment , pictures from my Website "foleymusicsoundandvision.com" (page 5 and following)

Showing the recording Room , but also two pictures , once , showing me .

Not only the unnecessary threat with "failed login attempts" messages ( provider Strato , EMAILS ) mostly coordinated with REAL THREATS or even Attacks ( the knowledge of the passwords is given , also , very obvious the Qualification to not need the Passwords ( similar the Keys of my , former Studio , Rooms where I changed few Times the Locks , even higher security Grade too.

Two Pictures are manipulated that I am not anymore to identify , not only Head , Neck , Ears , similar to the Glasses.

Also , just rough , but possible , to compare YouTube Videos ("Reter Roigk Homebrew Homestory" , or "doing necessary things" , the mirror shows me too , but other manipulations ( additional Sounds , a short sequence removed while I entered the Recording Room ) also (like the actual google maps satellite view seemed , similar to a place , close too , a nearly 100% possible deadly assault , other buildings are there or the reference is not showing the actual state ( similar to 10 Rue du Valais , Geneva )) with the Videos and my passport or ID Card .

The provided "Message" is : that shall not exist anymore , never existed , like your identity , you as Person , as threat not only , as intention .

Also there , see Attachment DK , it was also , in Oslo , two Times on different Places , impossible for them , to look on a screen , my Mobile ( at "majorstuen") or Laptop , while I insisted to look on my work , physics , **"Welle und Raum"** , from 2019 ( see also Attachment DK)

A similar behavior , strictly avoiding a Situation as Eyewitness for specific FACTS , in strong relation to each other but most to the knowledge about my identity .Further Attachments and Content , detailed descriptions of Events , before March 2025 too.

Also Germany , Bale and Geneva (UNHCR), Switzerland depending , but Strasbourg (ECHR) France too , as other Countries too.

The , here , incomplete , described Events , just in Oslo mostly , ( Majorstuen meant ) occurred between **10.19.2023 and 11.12.2023** .

It was very often a situation given , I had to visit an Emergency , one Time called even the Police for them , an Ambulance refused to come , but received never any simplest treatment or help , one Test with a reflex hammer showing nearly no reflexes , legs , was later not in the Database there , also insisted several People in another way to write or pronounce  ( letter by letter ) my Surname , Family Name , WRONG , depending on Context often .

**The Intentions there to murder me , cause most possible harm , in knowledge of**
: not waterproof Shoes , wet Feet also due to sweetening mostly only the feet ( neurologic side effect of specific injuries ) , insufficient or no sleep over days and several weeks , similar groups ( at this time , since years , also many Gypsies ( in Europe separate named as Sinti and Roma , depending on Origin) , still active ( without any relevant break or chance for a slighter "healing" since 2020 ( the inbreaks forced me to use a safe at a Train station or to keep it with me ) BROKEN BASE OF MY SKULL together with a more and more dangerous state of the Injuries at the Brain Stem and temporal Bones . Also Discrimination in the most possible extreme Way and Treatment

and humiliating , set me in relation to them and privileging them too,  in cooperation with other Institutions ( the Emergency as Example too ) and local authorities . Due to the help of few individuals I could leave Oslo , in November 2023 , not intended , but forced to , otherwise I would have survived there , not much longer Times. Also on Board of the Ferry , was the Style and use ( not only also Chinese Individuals , with privileged Status as it seems ) of Spy Networks ongoing (obviously use of Narcotics and entering the cabin while I was asleep ) Subject of further Complaints. The Police in Germany , Kiel , refused to accept any report from my Side , after I arrived in Kiel .

That what was , in 2022 at least , sometimes as threatening against them seen too (Situations on the Highway , surrounded or followed by Black SUV and more (Oslo till Rade, 2022), No Ibuprofen supply for me , till I hitchhiked to an Emergency (Moss Norway , what needed also few attempts to speak with a Doctor (it was promised , before at "Rade" (Norwegian letter in use for "a" , with modification )( A Refugee Camp) , also a visit at a Dentist ( NMD depending ) before a transfer to Kaper Transitmottak) but mostly , most important here with German services , as also other or and , Interpol and Europol related Groups acting in common  The Police in Norway seemed nearly shocked as they drove , with me , later  , to a Police building , ( few days after I was at the Emergency in Moss) but it seemed closed and they paid Train Ticket to Oslo for me , where at the same Emergency like the one I needed in 2023 , a Doctor made , short after , a wrong statement about a "Romberger Test". Since I knew about relations from: Grimmer, Aleksandra Abt and more to Sweden too , also the represented Swedish interests as also individuals from Sweden in Berlin knew, also I received , after 2019-2020 replies when writing at their Consulate or Embassy ( se domain)

It was already in 2022 Norway,(Switzerland and Germany , but Paris too 2021 ) May and June ( short after in Sweden too , before I went the second Time to Denmark), a plain strategy to make any medical treatment , simplest medicine and any Diagnostic with Radiology impossible.

Ordering and using the Gypsies ,(Turkish minorities too), to destroy further any transportation capabilities for my most important Documents and Data Storage , get Access to it and steal it (while it was at the Entrance overnight) also the strategy to corner me in a Muslim environment was been forced ( there obviously mostly  from Somalia , later in Munich too present ) with the Knowledge about my IDENTITY and the Importance of PROOFS for and my Works too

An important Note , on Sunday 05.11.2025 in the morning , between 3 am and latest 6:45 am ,my iphone 12 disappeared.

The police NYPD arrived , and I could make a report .

Most possible it was stolen manually , also the strategy continued , to make sufficient Sleep impossible for me , but I cannot exclude the Possibility that an Application was in use to "steal" , change its location , based on my Works I made in 2019 , "Welle und Raum". Also the "Bubble" named , with BRC staff mostly , observing or control area , is often EMPTY ( right in Time ) or asleep , when one individual in there. Often three to five or , for sudden NONE.

There were Events in the Years after begin of 2020 , any possible manually : removing of objects in my access and sight (without any interruption) . One Time even with a witness present ( Kiel , 2023 , November )

The , also as scheme, known consequences: no phone calls , no internet , possible , no payments with my bank account online ,no email and more .

Further Statements , also about an individual , to my knowledge pictured at a "Great Reading" of the NYT , I have seen also in Europe , at few places ( not the , there named "Hitman" "Confessions of a Hitman" , at 25th St , at the Sidewalk , in front of a gallery , next to the Mime Theater there , later. But there was also German , female , individual.

Page 5

Foleymusicsoundandvision.com   one Picture zoomed in , Neck , Head in General , Mouth , Ears , very obvious manipulated . Even the Source not the best for this Foto , the Manipulations are obvious.



MANIPULATIONS

Page 6

Same website , most obvious the glasses and the ears , possible compression artefacts are not given due to resolution and more.

The recording Room. The Wall seen, behind is east orientated .



BETTER TO IDENTIFY THE MANIPULATION WITH ZOOM AND HIGHER RESOLUTION

FOLEYMUSICSOUNDANDVISION.COM

To see also , the Rimowa Suitcase ( on the Ground ) , a Table , right Side , the Video Monitor as also few microphones ( two U87 Ai Neumann, one Sennheiser MKH 40 , one MKH 80 Sennheiser , all to configure with Pro Tools and a Remote ( input channel swapping ). Each for different recording needs in use .

See also , the writing Direction ZBFS , Regensburg , Different Case and Case number .

Page 7

The Open Door are : Ground floor : Kitchen , Control Room ( separated with acoustic Curtains , when in use ) ( see Youtube Videos )  also Audio Workstation , Power Supply for Mixing Desk and more ), first Floor , Sleeping Room ( no separate door to Stairway ) also possibility to record ( Instruments ) and edit from there and Bathroom . (SEE RED LABEL ON open DOOR.)

The Door , Metal , two Doors after another with short corridor (40 cm maybe ) entrance to the Recording room , the white bricks limited a larger Entrance ( see wodden ,outer Doors ), once for Wagons ( with horses) or automobiles in use). The Yellow wall is the neighboring Building , 8 Kiefholzstr. Direction East . The View is direction south , roughly .

The higher Building behind , 6 Krülissstr. . 12435 Berlin . The Window , left to the Entrance Recording Room : Schulz and Younes.



First Picture , House Front Side , 7 Kiefholzstr. 12435 Berlin , Fourth Floor is the Roof .



To see , view through walk trough , also the Door with the Red Label . Both Pictures made the Same Day . Also my Scooter to see . The Ringboard too.



The Questions , who did when where what and why , are here , mostly , due to the most obvious intention to kill me , incomplete but sufficient for an overview answered , by me ( the Individuals , at " Majorstuen" : on Woman , white , slim mid Twenty or begin and a man , not necessarily US Citizen , white too , few , black or colored ( definition or description may vary ) Men too , one confirming too his USA Citizenship and Knowledge , also more precise , after I named Events in Berlin and he contacted other sources of information.

Here the Time October the 18th and November 11th , 2023 in Particular , obvious use and presence of Individuals from GB , Ukraine , Bulgaria ( there Gypsies too ) the following days , after 11.12.2023 is subject later .

Peter Heinz Kamilio Roigk    the 05.12.2025

127 West , 25th St 10001 New York

*P. Roiok*

*P. R~*



NORWAY
2022 + 2023



DENMARK
2022

(ALSO IRREGULARIES,
"DEVICE ERRORS", WHEN
ABOUT FINGERPRINTS,
IN WHOLE EUROPE

P. R~