**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

PETER HEINZ KAMILLO ROIGK,

Plaintiff,

-against-

25 **CIVIL** 3988 (KMW)

# JUDGMENT

CIA; FBI; UNKNOWN; SWITZERLAND; BERLIN, STRASBOURG; NETHERLANDS, DENMARK; JAMAICA HOSPITAL,

Defendants.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 2, 2026, the Court has dismissed this action, filed IFP under 28 U.S.C. § 1915(a)(1), as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:** New York, New York

September 9, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**